**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: CCELL CLOSED CANNABIS OIL VAPORIZATION SYSTEMS AND COMPONENTS PRODUCTS | MDL NO. _____ |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Motion for Transfer, Schedule of Actions, and Proof of Service were served as noted below by First Class United States Mail and/or Email on July 29, 2025 upon the following:

**CLERKS OF THE COURTS, BY FIRST CLASS MAIL:**

| | |
|---|---|
| Clerk of Court<br>United States District Court for<br>The Norther District of California<br>450 Golden Gate Avenue, Box 36060<br>San Francisco, CA 94102-3489 | Clerk of Court<br>United States District Court for<br>the Northern District of Illinois<br>219 South Dearborn Street<br>Chicago, Illinois 60604 |
| Clerk of Court<br>United States District Court for<br>the Southern District of Florida<br>101 South U.S. Highway 1, Room #1016<br>Ft. Pierce, FL 34950 | Clerk of Court<br>United States District Court for<br>the District of Nevada<br>333 S. Las Vegas Blvd.,<br>Las Vegas, NV 8910 |

***S.K., D.G., D.C. v. Shenzhen Smoore Technology Company, Ltd., et al,* Case No.5:24-cv-09090 (N.D. CA.), By First Class Mail And Email:**

Counsel for Plaintiffs S.K., D.G. and D.C.

| | |
|---|---|
| James L. Ferraro<br>James L. Ferraro, Jr. , Esq.<br>The Ferraro Law Firm, P.A.<br>600 Brickell Avenue, Suite 3800<br>Miami, FL 33131<br>t: 305-375-0111<br>jferraro@ferrarolaw.com<br>james@ferrarolaw.com | Jason R. Sultzer<br>Scott E. Silberfein<br>Sultzer & Lipari, PLLC<br>85 Civic Center Plaza, Suite 200<br>Poughkeepsie, NY 12061<br>t: 845-483-7100<br>f: 888-749-7747<br>sultzerj@thesultzerlawgroup.com<br>silberfeins@thesultzerlawgroup.com |

| Jeffrey K. Brown<br>LEEDS BROWN LAW, P.C.<br>One Old Country Road, Suite 347<br>Carle Place, NY 11514<br>t: 516-873-9550<br>jbrown@leedsbrownlaw.com | Steven Noel Williams<br>Steven Williams Law, P.C.<br>201 Spear Street<br>Suite 1100<br>San Francisco, CA 94105<br>t: 415-260-7909<br>swilliams@stevenwilliamslaw.com |
|---|---|

Counsel for Defendants Shenzhen Smoore Technology Company, LTD. and Smoore International Holdings, LTD, **in all related cases:**

| Kevin Y. Teruya<br>William R. Sears<br>QUINN EMANUEL URQUHART AND SULLIVAN LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>kevinteruya@quinnemanuel.com<br>willsears@quinnemanuel.com | Lynette Lim<br>Quinn Emanuel<br>865 S Figueroa St 10th Floor<br>Los Angeles, CA 90017<br>t: 213-443-3000<br>lynettelim@quinnemanuel.com |
|---|---|

Counsel for Defendants Jupiter Research, LLC, CB Solutions, LLC doing business as Canna Brand Solutions, Greenlane Holdings, Inc,.3Win Corporation **in all related cases**:

| Jaikaran Singh<br>FOLEY & LARDNER LLP<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Telephone: (858) 847-6700<br>jsingh@foley.com | Diane R. Hazel<br>FOLEY & LARDNER LLP<br>1144 15th St., Suite 2200<br>Denver, CO 80202<br>Telephone: (720) 437-2034<br>dhazel@foley.com |
|---|---|
| Timothy Patterson<br>Foley & Lardner LLP<br>777 E. Wisconsin Ave.<br>Milwaukee, WI 53202<br>t: 414-319-7177<br>tjpatterson@foley.com | |

*Earth's Healing, Inc. v. Shenzhen Smoore Technology Co. Ltd. et al*, Case No. 3:25-cv-01428 (N.D. CA.), by First Class Mail and Email:

Counsel for Plaintiffs Earth's Healing, Inc and Redbud Roots Inc.:

| | |
|---|---|
| Nathaniel C. Giddings<br>HAUSFELD LLP<br>1200 17th Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: (202) 540-7200<br>Facsimile: (202) 540-7201<br>ngiddings@hausfeld.com | Christopher L. Lebsock<br>HAUSFELD LLP<br>580 California Street<br>12th Floor<br>San Francisco, CA 94101<br>Telephone: (415) 633-1908<br>Facsimile: (415) 358-4980<br>clebsock@hausfeld.com |
| Joshua H. Grabar<br>Julia C. Varano<br>GRABAR LAW OFFICE<br>One Liberty Place<br>1650 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (267) 507-6085<br>Facsimile: (267) 507-6048<br>jgrabar@grabarlaw.com<br>jvarano@grabarlaw.com | |

Counsel for Plaintiff Summit Industrial Solutions LLC:

| | |
|---|---|
| Michelle J. Looby<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>mlooby@gustafsongluek.com | Dennis Stewart<br>GUSTAFSON GLUEK PLLC<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 595-3299<br>dstewart@gustafsongluek.com |
| Daniel C. Hedlund<br>Bailey Twyman-Metzger<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>dhedlund@gustafsongluek.com<br>btwymanmetzger@gustafsongluek.com | |

*Rukeyser v. Shenzhen Smoore Technology Company, Ltd.*, et al, Case No. 2:25-cv-14238 (S.D. FL.) By First Class Mail And Email:

Counsel for Plaintiff Martin Rukeyser

| Jeff Ostrow<br>Jonathan M. Streisfeld<br>KOPELOWITZ OSTROW<br>FERGUSON WEISELBERG GILBERT<br>1 West Las Olas Blvd., Suite 500<br>Fort Lauderdale, Florida 33301<br>Telephone: 954-525-4100<br>ostrow@kolawyers.com<br>streisfeld@kolawyers.com | |
|---|---|

*M.M. v. Shenzhen Smoore Technology Company, Ltd.,* et al, Case No. 2:25-cv-01163 (D. Nev.), By First Class Mail And Email:

Counsel for Plaintiff M.M.

| Joseph R. Saveri<br>Cadio Zirpoli<br>Joseph Saveri Law Firm, LLP.<br>601 California Street, Suite 1505<br>San Francisco, CA 94108<br>t: 415-500-6800<br>f: 415-395-9940<br>jsaveri@saverilawfirm.com<br>czirpoli@saverilawfirm.com | Miles N Clark<br>Law Offices of Miles N. Clark, LLC<br>5510 S. Fort Apache Road<br>Suite 30<br>Las Vegas, NV 89148-7700<br>t: 702-856-7430<br>f: 702-552-2370<br>miles@milesclarklaw.com |
|---|---|

Dated: July 29, 2025

Respectfully submitted,

*/s/ Nick Suciu III*
Nick Suciu III
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301
Tel: (313) 303-3472
nsuciu@milberg.com

Russell Busch
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe St., Suite 2100
Chicago, Illinois 60606
Tel: (630) 796-0903
rbusch@milberg.com

*Counsel for Plaintiff B.Z.*